```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FELIX URGILES,

                          Plaintiff,
v.                                                              ORDER

DEPARTMENT OF CORRECTIONS OF NEW                                20-CV-04373 (PMH)
YORK STATE, et al.,

                          Defendants.
----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

On November 2, 2020, the Court issued an Order, *inter alia*, directing the New York State Attorney General ("NYAG") to review the information contained in Plaintiff's October 19, 2020 letter, ascertain the identity and badge number of the Sergeant described therein, and to advise whether the information contained in Plaintiff's letter assists in identifying any of the John Doe Defendants. (Doc. 13). The NYAG's response was due by November 16, 2020. Because a copy of the November 2, 2020 Order was not mailed to the NYAG, the Court hereby extends the time for the NYAG to comply with the November 2, 2020 Order, *nunc pro tunc*, to December 1, 2020.

Accordingly, the New York State Attorney General is directed to provide a response to Plaintiff's letter (Doc. 12) by December 1, 2020. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address listed on ECF. The Clerk of Court is further directed to mail a copy of this Order as well as a copy of the Court's November 2, 2020 Order (Doc. 13), to the NYAG at: at: 28 Liberty St., 16th Floor, New York, NY 10005.

SO-ORDERED:

Dated: New York, New York
       November 17, 2020

_____
Philip M. Halpern, U.S.D.J.